UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Ronald L. Manning<br>Barbara G. Manning<br>        Debtors<br><br>Rushmore Loan Management Services, LLC as Servicer for U.S. Bank Trust National Association as Trustee for Brackenridge Mortgage Trust<br>        Movant<br>v.<br><br>Ronald L. Manning<br>Barbara G. Manning<br>Kenneth E. West - Trustee<br>        Respondents | Case No.: 19-15768-mdc<br><br>Chapter: 13<br><br>Judge: Magdeline D. Coleman<br><br>Hearing Date:    November 15, 2022 at 10:30 am<br><br>Objection Deadline:    November 3, 2022 |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

**UPON** consideration of the Application of Rushmore Loan Management Services, LLC as Servicer for U.S. Bank Trust National Association as Trustee for Brackenridge Mortgage Trust (together with any successor and/or assign, "Movant") dated __October 20, 2022__, and with good cause appearing therefore, it is

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362(a), is hereby vacated for cause pursuant to 11 U.S.C. § 362(d)(1) to permit Movant to exercise all rights available to it under applicable law with respect to 1323 Cherry Tree Rd, Aston, PA 19014; and it is further;

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

BY THE COURT:

November 16, 2022

*(signature)*
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE